Same case below, 367 Fed. Appx. 72.

No. 09-10544. Christopher Ysais, Petitioner v. New Mexico, et al.

562 U.S. 846, 131 S. Ct. 88, 178 L. Ed. 2d 56, 2010 U.S. LEXIS 5824,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 373 Fed. Appx. 863.

No. 09-10549. Larry Charles Webb, Petitioner v. Texas.

562 U.S. 846, 131 S. Ct. 88, 178 L. Ed. 2d 56, 2010 U.S. LEXIS 5881.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 09-10550. Waymond Thomas, Petitioner v. Robert Ayers, Jr., Warden.

562 U.S. 846, 131 S. Ct. 88, 178 L. Ed. 2d 56, 2010 U.S. LEXIS 5978.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10551. Reginald Young, Petitioner v. Blaine C. Lafler, Warden.

562 U.S. 846, 131 S. Ct. 89, 178 L. Ed. 2d 56, 2010 U.S. LEXIS 5972.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-10552. Zane Johnson, Petitioner v. Steve Bailey, et al.

562 U.S. 846, 131 S. Ct. 89, 178 L. Ed. 2d 56, 2010 U.S. LEXIS 5997.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 451.

No. 09-10556. Mariano H. Ospina, Petitioner v. IndyMac Bank, et al.

562 U.S. 846, 131 S. Ct. 89, 178 L. Ed. 2d 56, 2010 U.S. LEXIS 5796.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 334 Fed. Appx. 567.

No. 09-10558. Rafael Bankston, Petitioner v. Martin Veal, Warden.

562 U.S. 846, 131 S. Ct. 89, 178 L. Ed. 2d 56, 2010 U.S. LEXIS 5855.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.